RUTH JACOBSON, PETITIONER-PETITIONER, v. MEYER KAMINSKY, TRADING AS OAK FLOORING COMPANY, RESPONDENT-RESPONDENT.

See same case below: 8 *N. J. Super.* 279.

*Mr. Harry Cohn* for the petitioner.

*Mr. Robert Shaw* and *Messrs. Duggan, Shaw & Hughes* for the respondent.

October 16, 1950.  Denied.

STATE OF NEW JERSEY, RESPONDENT, v. DORIS E. FISCHER, PETITIONER.

See same case below: 8 *N. J. Super.* 285.

*Mr. Louis G. Morten* for the petitioner.

*Mr. Horace K. Roberson, Mr. William A. O'Brien* and *Mr. Simon L. Fisch* for the respondent.

October 16, 1950.  Denied.